*Exhibit A*

# AFFIDAVIT

Rodney G. Waller, being duly sworn, states as follows:

1. I am a Special Agent of the Drug Enforcement Administration (DEA), and have been so employed for approximately 21 years.

2. The information in this affidavit comes from court records and law enforcement officers with firsthand knowledge of the facts contained herein. Because this affidavit is submitted for the limited purpose of supporting a verified complaint of forfeiture, I have not included each and every fact known to the government about the investigation and prosecution described below.

3. On January 23, 2012, a criminal complaint was filed in the United States District Court for the Western District of Tennessee, Eastern Division charging Tarvis Ballard and 11 other individuals with conspiracy to distribute more than 280 grams of cocaine base ("crack cocaine") and more than five kilograms of cocaine, in violation of 21 U.S.C. §846. This complaint resulted in the issuance of an arrest warrant for Ballard and his co-defendants.

4. On January 25, 2012, Ballard was arrested by DEA agents and other law enforcement personnel on the warrant at his girlfriend's home located at 533 Allen Rd., Ripley, Tennessee. Ballard's vehicle, the defendant 2004 Chevrolet Avalanche, VIN 3GNEC12T74G164820, was parked outside the residence. Prior to Ballard's arrest, Tennessee Bureau of Investigation (TBI) Special Agent Gary Azbill had advised DEA agents that he had spoken with a confidential informant in December of 2011, who told Azbill that Ballard was distributing large quantities of cocaine in the Lauderdale County, Tennessee area, and that he was using his Chevrolet Avalanche to deliver the cocaine. Accordingly, the vehicle was seized.

5. On February 2, 2012, following an adversary hearing at which the United States presented proof subject to cross examination by the defendants' attorneys, U.S. Magistrate Judge

Edward G. Bryant found probable cause to believe the veracity of the charges alleged in the complaint.

6. On February 21, 2012, a federal grand jury sitting in the Western District of Tennessee, Eastern Division returned an indictment charging Tarvis Ballard and his co-defendants with the conspiracy alleged in the complaint.. (The indictment also contained other counts not charging Ballard). Those charges are currently pending trial in the United States District Court for the Western District of Tennessee. Ballard, who has no known legitimate source of income, is currently detained pending trial.

7. Based on the foregoing, I believe that the defendant vehicle was used to facilitate illegal drug trafficking and was purchased with illegal drug proceeds, and is therefore subject to forfeiture pursuant to 21 U.S.C. §§881(a)(4) and (a)(6).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of June, 2012.

_____
RODNEY G. WALLER, Special Agent
Drug Enforcement Administration